■ In the Matter of JOHN J. SWEENEY, a Disbarred Attorney.—Petition for reinstatement granted to the extent of referring the matter to the Departmental Disciplinary Committee for a hearing, as indicated. Concur—Kupferman, J. P., Milonas, Kassal, Wallach and Rubin, JJ.

■ In the Matter of RAYMOND MIRRER, a Disbarred Attorney.—Motion for renewal of application for reinstatement as an attorney and counselor-at-law in the State of New York is denied. Concur—Sullivan, J. P., Carro, Milonas, Asch and Smith, JJ.

(December 13, 1990)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CECILIO FIGUEROA, Appellant.—Judgment, Supreme Court, New York County (Edward McLaughlin, J.), rendered on June 1, 1989, convicting defendant, upon a plea of guilty, of criminal possession of a controlled substance in the second degree and sentencing defendant to an indeterminate term of imprisonment of four years to life, is unanimously affirmed.

We are unpersuaded that the sentence imposed was unduly harsh or severe. Taking into account, "among other things, the crime charged, the particular circumstances of the individual before the court and the purpose of a penal sanction", we perceive no abuse of discretion warranting a reduction in sentence. *(People v Farrar,* 52 NY2d 302, 305.)

Further, defendant was sentenced in accordance with his plea bargain and within statutory guidelines. "Having received the benefit of his bargain, defendant should be bound by its terms." *(People v Felman,* 141 AD2d 889, 890, *lv denied* 72 NY2d 918.) Concur—Murphy, P. J., Ross, Ellerin and Rubin, JJ.